CONSENT FOR MODIFICATION OF SUPERVISED RELEASE/PROBATION

**UNITED STATES DISTRICT COURT**
for the
District of Columbia

**FILED**

**NOV 18 2011**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA   )
)
)   Criminal No. _02 -221_
vs.       )
)   _PLF /AMP_
_Myron L. Howard_   )
Defendant

## CONSENT TO MODIFY PROBATION/SUPERVISED RELEASE

     The parties agree the defendant's conditions of supervised release/~~probation~~ should be modified, and there being no objection thereto, IT IS RECOMMENDED THAT the defendant's conditions of supervised release/probation be modified ~~as follows: (state modification, e.g. that he spend 60 days of his term in an inpatient treatment facility).~~ _to add as special conditions (1) 50 hours of community service and (2) participation in the MADD Victim Impact Panel as directed by the Probation Office._

Dated: _November 10, 2011_ _____
U.S. Magistrate Judge

     Failure to file timely objections to the findings and recommendations set forth in this report may waive your right of appeal from an order of the District Court adopting such findings and recommendations. See Thomas v. Arn, 474 U.S. 140 (1985).

     The magistrate judge having recommended that the conditions of the defendant's supervised release/probation be modified and there being no objection thereto, IT IS ORDERED that the recommendation of the magistrate judge is accepted.

Dated: _11/16/11_               _____
U.S. District Judge